IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-298-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODNEY GODFREY ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Correct Sentence [doc.98] filed on July 21, 2011. In accordance with the Court's original intent, this motion is **GRANTED.** Defendant's sentence is reduced from 223 months to 194 months in order for the defendant to receive credit for time served prior to the federal sentencing. A new J&C is to be prepared to reflect the new sentence. All other aspects of the Judgment are to remain in effect.

**IT IS SO ORDERED.**

Signed: September 9, 2011

Graham C. Mullen
United States District Judge