# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:04-CR-00298-GCM-CH

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| RODNEY GODFREY, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant Rodney Godfrey's pro se Motion for Early Termination of Supervised Release (ECF No. 107). Mr. Godfrey seeks to terminate supervised release after completing about twenty months of an eight-year imposed term. The Court has consulted with Mr. Godfrey's probation officer, who states that Mr. Godfrey has done well, that he is on track, and that he has not presented any issues.

The probation officer recommends against granting the motion because of the relatively short period served. With utmost respect for the probation officer, the Court will grant the motion. Mr. Godfrey's progress has been superb. He owns a trucking business, is actively engaged with his family, and has not reoffended or had contact with law enforcement.

The Court is mindful that continued supervised release would impose unnecessary costs on the government, and would likely interfere with Mr. Godfrey's trucking business. The Court concludes that supervision has served its purpose and that Mr. Godfrey is unlikely to recidivate. Indeed, he appears to be "mak[ing] the most at what [he] consider[s] to be a second chance at life." ECF No. 107 at 2. The Court congratulates Mr. Godfrey on his success so far, and wishes him continued success in the future.

**IT IS THEREFORE ORDERED** that the Motion for Early Termination (ECF No. 107) is **GRANTED**.

**SO ORDERED**.

Signed: February 9, 2022

Graham C. Mullen
United States District Judge